FILED: April 25, 2008

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 08-1023
(1:06-cv-02324-CCB)

_____

JOHN M. FARROW, individually and on behalf of all others similarly situated,

    Plaintiff - Appellant

v.

CAPITAL ONE AUTO FINANCE, INC.; JOHN DOES 1-5,

    Defendants - Appellees

_____

RULE 42(b) MANDATE
_____

  This Court's order dismissing this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure takes effect this date.

  This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*